IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re: NICOLE A. ROBERTS,

       Debtor

                                                        Case No.12-13979-RGM
                                                        Chapter7

ORDER TO REDEEM PERSONAL PROPERTY

    The Debtor moved this court to redeem her 2006 Chrysler Pacifica Touring van pursuant to 11 U.S.C. §722.

    The time has passed for creditors to object to the redemption.

    No creditors have objected to the redemption.

    THEREFORE, it is ORDERED, ADJUGED AND DECREED the debtor may redeem her vehicle, the 2006 Chrysler Pacifica Touring van, VIN number 2A4GF68476R676316 under the terms of the redemption agreement from 722 Redemption submitted with the motion.

                                                        _____

Date:_____                    Judge Robert G. Mayer

SEEN AND AGREED:

/s/ Janet Elizabeth Boyd

Janet E. Boyd, VSB #67979

Janet E. Boyd, Attorney at Law, PLC

385 Garrisonville Road, Suite 203

1

Stafford, VA  22554

540-288-9559

540-288-3227 fax

Counsel for Debtor(s)